2 Ill. App.2d 287 (1954)
119 N.E.2d 410
Bernard E. Epton, Appellant,
v.
Richard B. Vail, Appellee.
Gen. No. 46,327.
Illinois Appellate Court.
Opinion filed May 3, 1954.
Released for publication May 27, 1954.
Harry G. Fins, for appellant.
Kirkland, Fleming, Green, Martin & Ellis, and Halfpenny & Hahn, for appellee.
Howard Ellis, John B. Martineau, and Don H. Reuben, of counsel.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE NIEMEYER.
Affirmed.
Not to be published in full.